## (April 14, 1955.)

CITY OF NEW YORK, Respondent, v. FIRST MUNICIPAL CORPORATION, Appellant.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.